**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Luegene Stanford<br>   Maureen J Stanford<br>         Debtor(s) | Case No. 07 B 00385 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/09/2007.

2) The plan was confirmed on 04/25/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/07/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 02/06/2012.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $30,902.13.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $66,560.51 |
| Less amount refunded to debtor | $392.42 |
| **NET RECEIPTS:** | **$66,168.09** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,471.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,843.41 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,314.61** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 Fast Cash | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ACB American | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ACC International | Unsecured | 659.55 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 419.57 | 414.01 | 414.01 | 414.01 | 102.05 |
| AmeriCash Loans LLC | Unsecured | 826.44 | 622.99 | 622.99 | 622.99 | 153.33 |
| AmeriCash Loans LLC | Unsecured | 255.74 | 328.50 | 328.50 | 328.50 | 81.22 |
| AmeriCash Loans LLC | Unsecured | 2,117.97 | 1,690.53 | 1,690.53 | 1,690.53 | 416.12 |
| AmeriCash Loans LLC | Unsecured | 944.52 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 439.60 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 459.29 | 462.14 | 462.14 | 462.14 | 113.75 |
| AT&T Wireless | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| Atlantic Credit & Finance Inc | Unsecured | 1,047.37 | 720.37 | 720.37 | 720.37 | 177.28 |
| Autumn Chase Apt | Unsecured | 666.36 | NA | NA | 0.00 | 0.00 |
| Bell Leasing Brokerage, LLC | Secured | 1,835.70 | 1,836.00 | 1,835.70 | 1,835.70 | 298.01 |
| Bell Leasing Brokerage, LLC | Unsecured | NA | 0.30 | 0.30 | 0.30 | 0.17 |
| Body By Jake | Unsecured | 108.54 | NA | NA | 0.00 | 0.00 |
| Bruno Appliance & Furniture | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Capital Management | Unsecured | 720.37 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 734.46 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 500.00 | 2,353.63 | 2,353.63 | 2,317.62 | 579.34 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,554.42 | NA | NA | 0.00 | 0.00 |
| Collections | Unsecured | 945.12 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 90.02 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 242.61 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| E R Solutions | Unsecured | 44.95 | NA | NA | 0.00 | 0.00 |
| E R Solutions | Unsecured | 48.52 | NA | NA | 0.00 | 0.00 |
| EZ Cash USA | Unsecured | 537.20 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Secured | 23,934.87 | 23,099.27 | 23,517.07 | 23,517.07 | 2,152.78 |
| Freedman Anselmo Lindberg | Unsecured | 2,225.98 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Goldstein & Associates | Unsecured | 1,290.00 | NA | NA | 0.00 | 0.00 |
| Gottlieb Memorial Hospital | Unsecured | 106.25 | NA | NA | 0.00 | 0.00 |
| Honda Finance Services | Secured | 11,567.20 | 11,672.89 | 11,567.20 | 11,567.20 | 1,482.47 |
| Honda Finance Services | Unsecured | NA | 105.69 | 105.69 | 105.69 | 26.59 |
| Internal Revenue Service | Priority | NA | 15,228.85 | 15,228.85 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 10,288.30 | 10,288.30 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2,442.45 | 640.45 | 640.45 | 640.45 | 157.62 |
| Kmart Corp | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | NA | 629.85 | 629.85 | 629.85 | 147.42 |
| Lighthouse Financial Group | Unsecured | NA | 1,203.80 | 1,203.80 | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | NA | 1,343.00 | 1,343.00 | 1,343.00 | 331.89 |
| Money Market | Unsecured | 1,329.19 | NA | NA | 0.00 | 0.00 |
| Money Market | Unsecured | 470.68 | NA | NA | 0.00 | 0.00 |
| National Capital Management | Unsecured | 1,535.62 | 1,233.43 | 1,233.43 | 1,233.43 | 303.61 |
| National Magazine Exchange | Unsecured | 201.24 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 65.19 | 324.68 | 324.68 | 324.68 | 80.57 |
| North Shore Agency Inc | Unsecured | 56.70 | NA | NA | 0.00 | 0.00 |
| OSI Collection Services Inc | Unsecured | 1,285.95 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 720.00 | 720.00 | 720.00 | 720.00 | 177.20 |
| Pioneer Press | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,739.53 | 1,769.60 | 1,769.60 | 1,769.60 | 435.55 |
| Portfolio Recovery Associates | Unsecured | 1,297.74 | 1,338.04 | 1,338.04 | 1,338.04 | 329.34 |
| Publishers Clearing House | Unsecured | 55.53 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 583.29 | 583.29 | 583.29 | 583.29 | 143.57 |
| Quick Payday | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Restaurant EFund | Unsecured | 51.23 | NA | NA | 0.00 | 0.00 |
| RoundUp Funding LLC | Unsecured | 1,225.98 | 112.08 | 112.08 | 112.08 | 28.17 |
| Santa Barbara Bank & Trust | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 768.76 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 337.50 | 346.50 | 346.50 | 346.50 | 85.71 |
| Short Term Loans LLC | Unsecured | NA | 346.42 | 346.42 | 346.42 | 80.26 |
| Silkies | Unsecured | 14.91 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 313.75 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 628.61 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $36,919.97 | $36,919.97 | $3,933.26 |
| **TOTAL SECURED:** | **$36,919.97** | **$36,919.97** | **$3,933.26** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,228.85 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,228.85** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,577.60** | **$16,049.49** | **$3,950.76** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,314.61 |
| Disbursements to Creditors | $60,853.48 |
| **TOTAL DISBURSEMENTS :** | **$66,168.09** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/29/2012          By: /s/ Marilyn O. Marshall
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**